# ELECTRONIC RECORD

COA # 05-14-00439-CR          OFFENSE: 1.01

STYLE: Theodore Roosevelt Arthur v. The State of Texas          COUNTY: Dallas

COA DISPOSITION:          AFFIRM          TRIAL COURT: Criminal District Court No. 3

DATE: 06/15/2015          Publish: NO          TC CASE #:          F-1258513-J

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Theodore Roosevelt Arthur v. The State of Texas          CCA #: **900-15**

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_REFUSED_          JUDGE: _____

DATE: _10/07/2015_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**